Steven J. Rothans (SBN 106579)
Katrina J. Valencia (SBN 230931)
CARPENTER, ROTHANS & DUMONT
500 S. Grand Ave., 19th Floor
Los Angeles, CA 90071
Phone: (213) 228-0400
Fax:    (213) 228-0401
Email:  srothans@crdlaw.com | kvalencia@crdlaw.com

Attorney for Defendants
City of Pomona, a public entity,
Corporal Jesus Garcia and
Corporal Adam Viers, public employees

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GEORGE RICKS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF POMONA, AUSTIN DOSSEY #42108, individually and as a peace officer, CORPORAL JESUS GARCIA, #30043, individually and as a peace officer, CORPORAL ADAM VIERS #40956 individually and as a peace officer and DOES 1-10.<br><br>Defendants. | Case No.: 2:18-CV-07862-DDP-PLA<br><br>[Assigned to the Hon. Dean D. Pregerson, Courtroom 9C]<br><br>**ORDER OF DISMISAL** |

Based upon the stipulation of all parties who have appeared in this action,

the action of Plaintiff GEORGE RICKS against Defendants CITY OF

POMONA, AUSTIN DOSSEY, CORPORAL JESUS GARCIA, and

1

[PROPOSED] ORDER OF DISMISAL

CORPORAL ADAM VIERS will be dismissed with each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: March 26, 2019     _____

                                             United States District Court Judge